# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 6:18-CV-00502-JR |
| Plaintiff, | ORDER TO DISMISS COMPLAINT |
| v. | |
| SANDRA BREZOVSKY, | |
| Defendant. | |

The Plaintiff having moved the Court to dismiss this action and the Court being duly advised now GRANTS the Motion and it is,

ORDERED, that this action is hereby DISMISSED.

So ORDERED this 10th day of September, 2018.

_____
JOLIE A. RUSSO
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney
District of Oregon


/s *Kathleen L. Bickers*
KATHLEEN L. BICKERS
Assistant United States Attorney

PAGE 1 – ORDER TO DISMISS COMPLAINT